IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT C. COFIELD, | No. C 12-3021 JSW (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| WARDEN SWARTHOUT, et al., | **(Docket No. 2)** |
| Defendants. | |

Plaintiff, a California prisoner incarcerated at the High Desert State Prison ("HDSP"), has filed this pro se civil rights complaint under 42 U.S.C. § 1983 complaining of events taking place there and at California State Prison, Solano ("Solano").

When, as here, jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. § 1406(a). Venue may be raised by the court *sua sponte* where the defendant has not yet filed a responsive pleading and the time for doing so has not run. *Costlow v. Weeks,* 790 F.2d 1486, 1488 (9th Cir. 1986).

1 | Plaintiff's claims arise out of events occurring at HDSP and Solano by officials located in those institutions. HDSP and Solano are both located within the venue of the United States District Court for the Eastern District of California.

Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court for the Eastern District of California. Ruling on Plaintiff's motion for leave to proceed in forma pauperis is deferred to the Eastern District.

The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: July 9, 2012

JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

VINCENT E COFIELD,

        Plaintiff,

  v.

SWARTHOUT et al,

        Defendant.

Case Number: CV12-03021 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vincent E. Cofield
#G31012
HDSP
P.O. Box
Susanville, CA 96127

Dated: July 9, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk