UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT C. COFIELD, | No. 2:12-cv-1826 DAD P |
| Plaintiff, | |
| v. | ORDER |
| WARDEN SWARTHOUT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff, the only party to appear in this action, has consented to undersigned United States Magistrate Judge jurisdiction over this action for all purposes, pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). (See ECF No. 8.)

On April 18, 2014, this court directed plaintiff to file an amended complaint within 30 days. (ECF No. 17.) Pursuant to plaintiff's request, the court extended this deadline to June 16, 2014. (ECF No. 19.) The court informed plaintiff that his failure to timely file an amended complaint "may result in the dismissal of this action due to plaintiff's failure to prosecute and/or to comply with the court's orders." (Id. at 2.)

The court's extended deadline of June 16, 2014, has passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

/////

1

Local Rule 110 provides that failure to comply with any order of this court "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." In addition, Rule 41(b), Federal Rules of Civil Procedure, authorizes the involuntary dismissal of an action due to a plaintiff's failure to prosecute, or to comply with the Federal Rules or a court order.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b); and

2. The Clerk of Court is directed to close this case.

Dated: July 1, 2014

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
cofi1826.fta

2